IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

LARRY WILLIAMS and
CELESTA WILLIAMS, husband
and wife,

     Plaintiffs,

vs.                                     CASE NO.:_____

UNITED STATES OF AMERICA,

     Defendant.
_____/

## **COMPLAINT**

     Plaintiffs, Larry Williams and Celesta Williams, husband and wife, by and through their undersigned attorney, sue Defendant, United States of America, and allege:

     1.      This is an action arising under the Federal Tort Claims Act 28 U.S.C. §1346(b), 2671-80 as hereinafter more fully appears.

     2.      At all times material hereto, Plaintiff, Celesta Williams, was the dependent wife of Larry Williams, a veteran of the United States Navy.

     3.      On or about June 22, 2012, Plaintiff, Larry Williams, presented to the Naval Hospital Pensacola complaining of unexplained and continuous fevers.

     4.      Plaintiff was admitted to the hospital and after a series of diagnostic tests was determined to be suffering from bacterial endocarditis.

     5.      Defendant's agents prescribed antibiotic therapy consisting of Ampicillin and Gentamicin.  Gentamicin is recognized to be ototoxic and nephrotoxic when used for extended periods of time and its use must be monitored closely.

6.    Defendant's agents negligently continued treatment with Gentamicin for an excessive period of time and/or with excessive amounts and failed to properly monitor the effect of the Gentamicin on Plaintiff.

7.    On or about July 24, 2012, Plaintiff was seen by a civilian physician specializing in infectious disease, who contacted the Defendant's agents and recommended that Gentamicin be immediately discontinued.  Defendant's agents negligently failed to discontinue the use of Gentamicin until August 8, 2012.

8.    As a result of the excessive and unnecessary administration of Gentamicin, the failure to properly monitor Plaintiff's laboratory studies, and the failure to properly respond to elevated laboratory values, Plaintiff suffered Gentamicin poisoning.

9.    As a direct and proximate result of the negligence of Defendant's agents, Plaintiff, Larry Williams, suffered Gentamicin poisoning, resulting in renal insufficiency and ototoxicity causing dizziness, vertigo, and other damages to Plaintiff.  Plaintiff has suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a pre-existing condition.  The losses are either permanent or continuing in nature and Plaintiff will suffer the losses in the future.

10.   As a direct and proximate result of the negligence of Defendant's agents, Plaintiff, Celesta Williams, suffered loss of the aide, society, support and services of her husband.  The losses are either permanent or continuing in nature and Plaintiff, Celesta Williams, will suffer the losses in the future.

11.     Pursuant to 28 U.S.C. §2675(a), the claims set forth herein were presented to the Department of the Navy on March 11, 2014.  More than six months has elapsed since the presentation of the claim and Defendant has not responded to the claim.

WHEREFORE, Plaintiffs demand Judgment for damages in the amount of Two Million and 00/100 Dollars ($2,000,000.00), collectively, and for such other and further relief as this Court deems proper.

_/S/Steven J. Baker_
STEVEN J. BAKER
Florida Bar No.: 209813
15 West La Rua Street
Pensacola, Florida 32501
Telephone: (850) 434-3009
sjbakeratty@gmail.com (primary)
lesleyleatherwood@gmail.com (secondary)
Attorney for Plaintiffs